**[J-32-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 816 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on |
| | : | February 21, 2024, in the Court of |
| | : | Common Pleas of Lehigh County, |
| v. | : | Criminal Division, at CP-39-CR- |
| | : | 0000058-1994. |
| | : | |
| HARVEY MIGUEL ROBINSON, | : | SUBMITTED:  February 28, 2025 |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**                                                    **DECIDED: July 22, 2025**

**AND NOW,** this 22nd day of July, 2025, the Order of the Court of Common Pleas of Lehigh County dismissing Appellant's petition under the Post Conviction Relief Act is **AFFIRMED.**